1  Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
   Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
2  Kevin M. Osborne, State Bar No. 261367 (kmo@arnslaw.com)
3  Julie C. Erickson, State Bar No. 293111 (jce@arnslaw.com)
   Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
4
5  **THE ARNS LAW FIRM**
   A Professional Corporation
6  515 Folsom Street, 3rd Floor
   San Francisco, California 94105
7  Phone: (415) 495-7800
   Fax: (415) 495-7888
8
9  Attorneys for Plaintiff

10

11           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
                 IN AND FOR THE COUNTY OF SAN FRANCISCO
12                            CIVIL UNLIMITED

13 | KIMBERLEE KELLER and TOMMY
   | GARADIS, Individually and On Behalf of All     No. C17-cv-02219 RS
14 | Others Similarly Situated,
15 |                                                **STIPULATION REQUESTING**
   |              Plaintiffs,                       **AMENDED BRIEFING SCHEDULE**
16 | vs.                                            **AND HEARING RE MOTION TO**
   |                                                **DISMISS, STAY, OR VACATE AND**
17 | AMAZON.COM, INC.; AMAZON LOGISTICS,            **MOTION TO COMPEL**
   | INC.; and DOES 1 through 100, inclusive,       **ARBITRATION AND TO CONTINUE**
18 |                                                **INITIAL CASE MANAGEMENT**
19 |              Defendants.                       **CONFERENCE PURSUANT TO**
   |                                                **LOCAL RULE 6-2;** ~~PROPOSED~~
20 |                                                **ORDER**

21                                                  Courtroom: 3
22                                                  Judge: Hon. Richard G. Seeborg
                                                    Trial Date: None Set
23

24

25

26

27                                         -1-
28 STIPULATION REQUESTING AMENDED BRIEFING SCHEDULE AND HEARING RE
   MOTION TO DISMISS, STAY, OR VACATE AND MOTION TO COMPEL
   ARBITRATION AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
   PURSUANT TO LOCAL RULE 6-2; PROPOSED ORDER

This Stipulation is entered into by and among Plaintiffs Kimberlee Keller and Tommy Garadis, who are putative class representatives in *Keller, et al. v. Amazon.Com, et al.*, No. C17-cv-02219 RS, N.D. Cal., and Defendants Amazon Inc. and Amazon Logistics, Inc. (collectively, "Amazon"), by and through their respective counsel.

WHEREAS, Defendants filed, in response to Plaintiffs' Complaint, a Motion to Dismiss, Stay, or Transfer Venue and a Motion to Compel Individual Arbitration (collectively, "the Motions") on May 11, 2017;

WHEREAS, Plaintiffs need additional time to prepare oppositions to the two Motions;

WHEREAS, the parties had previously stipulated to an extension of time for Defendants to respond to the Complaint;

WHEREAS, on May 15, 2017, Plaintiffs requested that Defendants stipulate to an extension of time for Plaintiffs' responses to the Motions and proposed that the parties begin preliminary discovery prior to filing Plaintiffs' responses;

WHEREAS, the parties subsequently met and conferred in writing and telephonically, and Defendants opposed Plaintiffs' proposal to conduct discovery prior to the adjudication of the Motions, but agreed to extend the parties' time for briefing and to continue the hearing on the Motions, subject to the Court's permission and availability, so long as Plaintiffs did not use the extended time period prior to the hearing to conduct discovery;

WHEREAS, Plaintiffs have agreed not to conduct discovery prior to the hearing, but will, in their opposition to the Motion to Compel Arbitration, seek the Court's permission to conduct discovery prior to a ruling on the Motion;

WHEREAS, the parties' oppositions and replies will likely address complex issues, including but not limited to, Plaintiffs' claimed exemption from the Federal Arbitration Act,

the claimed unenforceability of the class action waiver signed by Plaintiffs, the claimed procedural and substantive unconscionability of the arbitration agreement, and the first-to-file rule; and

WHEREAS, the Civil Local Rules permit parties to stipulate to extended time for complex motions;

WHEREAS, the Initial Case Management Conference is currently scheduled for July 27, 2017 at 10 a.m., the same day as the parties' proposed new hearing date for the Motions and the parties' joint case management conference statement is currently due one week before the proposed new hearing date for the Motions on July 20, 2017;

WHEREAS, the parties believe that it will be more productive to conduct an initial case management conference after the Court hears the pending Motions, which may eliminate or narrow issues to be addressed at the initial case management conference;

WHEREAS, the Court is not available on July 13, 2017 and counsel for Defendants is not available to attend a hearing on July 20, 2017;

NOW, THEREFORE, the Parties hereby agree and stipulate to the following:

1. Plaintiffs' deadline to oppose the Motion to Dismiss, Stay, or Vacate and the Motion to Compel Individual Arbitration is extended to June 15, 2017;
2. The deadline for Defendants' corresponding replies in support of said Motions is extended to June 29, 2017;
3. The hearing on the Motions is continued until July 27, 2017 at 1:30 p.m., or as soon thereafter as is convenient for the Court's schedule; and
4. The Initial Case Management Conference is continued to September 14, 2017 at 10 a.m., or as soon thereafter as is convenient for the Court's schedule.

**IT IS SO STIPULATED**

| | |
|---|---|
| Date: May 25, 2017 | THE ARNS LAW FIRM |
| | By: /s/ Robert S. Arns |
| | Robert S. Arns |
| | Jonathan E. Davis |
| | Kevin M. Osborne |
| | Julie C. Erickson |
| | Shounak S. Dharap |
| | Attorneys for Plaintiffs |
| | MORGAN, LEWIS & BROCKIUS LLP |
| Date: May 25, 2017 | By: /s/ Theresa Mak |
| | John S. Battenfeld |
| | Christopher J. Banks |
| | Theresa Mak |
| | Attorneys for Defendants |

**Attestation Regarding Signatures**

I, Robert S. Arns, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Date: May 25, 2017 | THE ARNS LAW FIRM |
| | By: /s/ Robert S. Arns |
| | Robert S. Arns |
| | Attorneys for Plaintiffs |

# ORDER

PURSUANT TO STIPULATION:

1. Plaintiffs shall file their oppositions to Defendants' Motion to Dismiss, Stay, or Vacate and Motion to Compel Individual Arbitration (collectively, "the Motions") on or before June 15, 2017;

2. Defendants shall file their corresponding replies in support of the Motions on or before June 22, 2017;

3. The hearing on the Motions is continued until __July 27__, 2017 at __1:30__ ~~a.m.~~/p.m.; and

4. 4. The Initial Case Management Conference is continued to ~~September 14~~, 2017 at __10:00__ a.m./~~p.m.~~

**IT IS SO ORDERED**.

Dated: May __26__, 2017

_____
Hon. Richard Seeborg
United States District Court Judge

-5-
STIPULATION REQUESTING AMENDED BRIEFING SCHEDULE AND HEARING RE MOTION TO DISMISS, STAY, OR VACATE AND MOTION TO COMPEL ARBITRATION AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2; PROPOSED ORDER