MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
john.battenfeld@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Banks, Bar No. 218779
Theresa Mak, Bar No. 211435
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
christopher.banks@morganlewis.com
theresa.mak@morganlewis.com

Attorneys for Defendants
AMAZON.COM, INC. and AMAZON LOGISTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEE KELLER and TOMMY GARADIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC.; AMAZON LOGISTICS, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C17-cv-02219 RS<br><br>**STIPULATION REQUESTING AMENDED DEADLINE FOR DEFENDANTS' REPLY BRIEFS AND ~~PROPOS~~ED ORDER**<br><br>Courtroom: 3<br><br>Judge: Hon. Richard G. Seeborg<br><br>Trial Date: None Set |

This Stipulation is entered into by and among Plaintiffs Kimberlee Keller and Tommy Garadis, who are putative class representatives in *Keller, et al. v. Amazon.Com, et al.*, No. C17-cv-02219 RS, N.D. Cal., and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. (collectively, "Amazon"), by and through their respective counsel.

Case No. C17-cv-02219 RS     1     STIPULATION REQUESTING AMENDED DEADLINE FOR DEFENDANTS' REPLY BRIEFS AND PROPOSED ORDER

WHEREAS, the parties previously stipulated to, and the Court granted, an extension of time for Plaintiffs to respond to Defendants' Motion to Dismiss, Stay, or Transfer Venue and Motion to Compel Individual Arbitration (collectively, "the Motions") (Dkt # 20);

WHEREAS, the parties previously stipulated that Plaintiffs' deadline to oppose the Motions would be extended to June 15, 2017 and that Defendants' deadline for reply would be extended to June 29, 2017 (Dkt # 19);

WHEREAS, due to an error in the Proposed Order, the deadline for Defendants' reply was listed as June 22, 2017;

WHEREAS, Civil Local Rule 6-2 permits the parties to stipulate to extended time for complex motions;

NOW, THEREFORE, the parties hereby agree and stipulate to the following:

1. The deadline for Defendants' corresponding replies in support of said Motions is extended to June 29, 2017.

**IT IS SO STIPULATED.**

Dated: June 14, 2017            MORGAN, LEWIS & BOCKIUS LLP

                                By     */s/ Theresa Mak*
                                   John S. Battenfeld
                                   Christopher J. Banks
                                   Theresa Mak
                                   Attorneys for Defendants
                                   AMAZON.COM, INC. and AMAZON
                                   LOGISTICS, INC.

Dated: June 14, 2017            THE ARNS LAW FIRM

                                By     */s/ Shounak S. Dharap*
                                   Robert S. Arns
                                   Jonathan E. Davis
                                   Kevin M. Osborne
                                   Julie C. Erickson
                                   Shounak S. Dharap
                                   Attorneys For Plaintiffs
                                   KIMBERLEE KELLER AND TOMMY
                                   GARADIS,

# ATTESTATION

I, Theresa Mak, attest pursuant Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ Theresa Mak*_____
Theresa Mak
Attorney for Defendants
AMAZON.COM, INC. and AMAZON LOGISTICS, INC.

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION:

1. Defendants shall file their replies in support of Defendants' Motion to Dismiss, Stay, or Vacate and Motion to Compel Individual Arbitration on or before June 29, 2017.

**IT IS SO ORDERED.**

Dated: June 20 , 2017

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE